**Order entered July 18, 2022**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-00614-CV

**SPRING CREEK PLA INVESTORS, LLC, Appellant**

**V.**

**VICTORIA ROMOLO, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-04135-2021**

### ORDER

The court reporter has informed the Court that no record was taken in the trial court. Accordingly, we **ORDER** the appeal be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file its brief on the merits **within thirty days** of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE